Grover A. Perrigue III  #067114
A Law Corporation
221 East Walnut Street, Suite 155
Pasadena, California  91101-1554
Phone No.: (626) 449-1732;  Fax No.: (626) 564-0817

Lead Counsel:
Lawrence J. Roberts Fl. Bar No. 343218
Lawrence J. Roberts & Associates, P.A.
249 Catalonia Avenue
Coral Gables, Florida 33134
Phone: 305-441-7882 Fax: 305-441-7883

Attorneys for Plaintiff Estes Express Lines

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | | |
|---|---|---|
| ESTES EXPRESS LINES, INC. | ) | CASE NO: 1:09-CV-00774-OWW-GSA |
| | ) | |
| Plaintiff, | ) | **STIPULATION REQUESTING VACATION OF SCHEDULING ORDER AND THE SETTING OF A FURTHER SCHEDULING CONFERENCE AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| GORDON PURSLOW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | Honorable Oliver W. Wanger |
| | | COURTROOM No: 3 |

TO: THE HONORABLE OLIVER W. WANGER, JUDGE UNITED STATES DISTRICT COURT

FACTS:

Counsel substituted out leaving Mr. Purslow to represent himself while residing in Southern Oregon with no present, established way to operate in the territory of the Eastern District Court presiding over matters filed in Fresno on such short notice. There is pending discovery, such as a scheduled deposition, within the discovery cutoff that cannot be accommodated by Mr. Purslow in the absence of counsel who has now substituted out.  So that Defendant will have a fair opportunity to defend himself,

**Stipulation and Order Vacating and Resetting Scheduling Order**                                          1

Plaintiff agrees that Defendant needs more time, probably a three months' "reset" on all dates, as the court may direct at a further scheduling conference.

Therefore, Plaintiff and Defendant stipulate to and request that the court vacate the present schedule and hold a hearing to reschedule to accommodate the changed circumstances set forth above.

Dated: 3-16-2010          Grover A. Perrigue III
                          A law Corporation

                          Lawrence J. Roberts & Associates, P.A.

                                *Grover A. Perrigue III (orig. filed pdf)*
                          By: _____
                          Grover A. Perrigue III
                          Lawrence J. Roberts
                          Attorneys for Defendant
                          Estes Express Lines

Dated: 3-16-2010

                                *Gordon Purslow (orig. filed pdf)*
                          By: _____
                          Gordon Purslow, in propria persona

ORDER

GOOD CAUSE APPEARING, THE SCHEDULING ORDER IS VACATED AND A FURTHER SCHEDULING CONFERENCE WILL BE SCHEDULED TO JULY 9, 2010 @ 8:15AM BEFORE JUDGE WANGER IN COURTROOM 3 ON THE 7TH FLOOR.

IT IS SO ORDERED:

DATED: 3/18/2010_____     _/s/ OLIVER W. WANGER_____
                              JUDGE UNITED STATES DISTRICT COURT

**Stipulation and Order Vacating and Resetting Scheduling Order**                                2