1  Grover A. Perrigue III  #067114
   A Law Corporation
2  221 East Walnut Street, Suite 155
   Pasadena, California  91101-1554
3  Phone No.: (626) 449-1732;  Fax No.: (626) 564-0817

4  Lead Counsel:
   Lawrence J. Roberts Fl. Bar No. 343218
5  Lawrence J. Roberts & Associates, P.A.
   249 Catalonia Avenue
6  Coral Gables, Florida 33134
   Phone: 305-441-7882 Fax: 305-441-7883
7

8  Attorneys for Plaintiff Estes Express Lines

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                            Fresno Division

| | | |
|---|---|---|
| 12 | ESTES EXPRESS LINES, INC. ) | CASE NO: 1:09-CV-00774-OWW-GSA |
| 13 | Plaintiff, ) | **STIPULATION REQUESTING VACATION OF SCHEDULING ORDER AND THE SETTING OF A FURTHER SCHEDULING CONFERENCE AND ORDER** |
| 14 | v. ) | |
| 15 | GORDON PURSLOW, ) | |
| 16 | Defendant. ) | Date Set: 7-9-10<br>Time: 8:30AM |
| 17 | _____ ) | |
| 18 | | Honorable Oliver W. Wanger |
| 19 | | COURTROOM No: 3 |

20     TO: THE HONORABLE OLIVER W. WANGER, JUDGE UNITED STATES

21  DISTRICT COURT

22  FACTS:

23        The parties stipulate to vacate scheduling conference date and reschedule the

24  hearing to August 25, 2010. Defendant is arranging to file for protection under the

25  Bankruptcy Code.

26  //

27  //

28

---

**Stipulation and Order Vacating Scheduling Conference Date**                1

//

Dated: 7-8-10						Grover A. Perrigue III
							A law Corporation

							Lawrence J. Roberts & Associates, P.A.


							*Grover A. Perrigue III*
						By: _____
							Grover A. Perrigue III
							Lawrence J. Roberts
							Attorneys for Defendant
							Estes Express Lines

Dated: 7-8-10


							*Gordon Purslow*
						By: _____
							Gordon Purslow, in propria persona


ORDER

GOOD CAUSE APPEARING, THE SCHEDULING ORDER SET JULY 9, 2010 IS VACATED AND A FURTHER SCHEDULING CONFERENCE IS SET AUGUST 25, 2010 AT 8:15AM IN COURTROOM 3 BEFORE JUDGE OLIVER WANGER.

IT IS SO ORDERED:

IT IS SO ORDERED.

**Dated:   July 8, 2010**			_____/s/ Oliver W. Wanger_____
						UNITED STATES DISTRICT JUDGE

**Stipulation and Order Vacating Scheduling Conference Date**						2