Grover A. Perrigue III  #067114
A Law Corporation
221 East Walnut Street, Suite 155
Pasadena, California  91101-1554
Phone No.: (626) 449-1732;  Fax No.: (626) 564-0817

Lead Counsel:
Lawrence J. Roberts Fl. Bar No. 343218
Lawrence J. Roberts & Associates, P.A.
249 Catalonia Avenue
Coral Gables, Florida 33134
Phone: 305-441-7882 Fax: 305-441-7883

Attorneys for Plaintiff Estes Express Lines

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| ESTES EXPRESS LINES, INC. | CASE NO: 1:09-CV-00774-OWW-GSA |
| Plaintiff, | **STIPULATION AND ORDER RESETTING SCHEDULING CONFERENCE TO MARCH 18, 2011 AT 8:15 A.M.** |
| v. | |
| GORDON PURSLOW, | Honorable Oliver W. Wanger |
| Defendant. | COURTROOM No: 3 |
| _____ | |

TO: THE HONORABLE OLIVER W. WANGER, JUDGE UNITED STATES DISTRICT COURT

    Because bankruptcy counsel confirms that a petition in bankruptcy is to be filed in Oregon (attached as Exhibit 1) and this will be done in the future, prospectively after the currently ordered Scheduling Conference, the parties stipulate to continue the Scheduling conference to March 18, 2011 at 8:15AM.  (In order to file this document promptly, Mr. Purslow has authorized Plaintiff's counsel to sign this stipulation on his behalf in the pdf form that will be filed).

///

---

**Stipulation and ORDER  Resetting Scheduling Conference to 3-18-11**   1

Dated: 1-10-11                                    Grover A. Perrigue III
                                                  A law Corporation

                                                  Lawrence J. Roberts & Associates, P.A.


                                                  *Grover A. Perrigue III (orig. filed pdf)*
                                            By: _____
                                                  Grover A. Perrigue III
                                                  Lawrence J. Roberts
                                                  Attorneys for Defendant
                                                  Estes Express Lines


Dated: 1-10-11



                                                  *Gordon Purslow (orig. filed pdf)*
                                            By: _____
                                                  Gordon Purslow, in propria persona

                                    ORDER

GOOD CAUSE APPEARING:

The Scheduling Conference is reset as set forth above.

IT IS SO ORDERED.

**Dated:   January 11, 2011**              _____/s/ Oliver W. Wanger_____
                                                  UNITED STATES DISTRICT JUDGE

---

**Stipulation and ORDER  Resetting Scheduling Conference to 3-18-11**                 2