**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTES EXPRESS LINES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GORDON PURSLOW, )<br>)<br>Defendant. )<br>) | 1:09-cv-0774 OWW GSA<br><br>ORDER AFTER SCHEDULING CONFERENCE<br><br>Further Scheduling Conference: 7/21/11 8:15 Ctrm. 3 |

I.  Date of Scheduling Conference.

   March 18, 2011.

II. Appearances Of Counsel.

   Grover A. Perrigue III, Esq., appeared on behalf of Plaintiff.

   There was no appearance by Defendant.

III. Status of Case.

   1.   The Court has received, by electronic filing, the Notice of Chapter 7 Bankruptcy Case filed March 16, 2011 in the U.S. Bankruptcy Court for the District of Oregon.

   2.   In light of the automatic stay provided by the Bankruptcy Act, this case is now stayed.

   3.   Plaintiff indicates that it presently has no grounds to

1

1  move for relief from the automatic stay nor are there presently
2  any grounds to object to a discharge of the Defendant in the
3  Bankruptcy case.
4       4.   For these reasons, this Scheduling Conference shall be
5  continued for 120 days, to July 21, 2011, at 8:15 a.m. at which
6  time Plaintiff will advise the Court whether it intends to
7  dismiss this case without prejudice, or if other developments
8  have occurred that would lead to any further prosecution and need
9  for management of this case plaintiff shall so notify the court
10 and afurther scheduling conference will be set.

12 IT IS SO ORDERED.
13 Dated:   March 18, 2011              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE