Grover A. Perrigue III  #067114
A Law Corporation
221 East Walnut Street, Suite 245
Pasadena, California  91101-1554
Phone No.: (626) 449-1732;  Fax No.: (626) 564-0817

Lead Counsel:
Lawrence J. Roberts Fl. Bar No. 343218
Lawrence J. Roberts & Associates, P.A.
249 Catalonia Avenue
Coral Gables, Florida 33134
Phone: 305-441-7882 Fax: 305-441-7883

Attorneys for Plaintiff Estes Express Lines

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | | |
|---|---|---|
| ESTES EXPRESS LINES, INC. | ) | CASE NO: 1:09-CV-00774-OWW-GSA |
| | ) | |
| Plaintiff, | ) | **ORDER OF CONDITIONAL** |
| | ) | **DISMISSAL WITHOUT** |
| v. | ) | **PREJUDICE** |
| | ) | |
| GORDON PURSLOW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**GOOD CAUSE APPEARING,** this action is dismissed without prejudice on condition that it may be reopened if cause therefore issues from the Bankruptcy proceeding to which Defendant is subject in the United States Bankruptcy Court for the District of Oregon.

IT IS SO ORDERED:


DATED: May 9, 2011              /s/ OLIVER W. WANGER
                                United States District Court Judge

---

**ORDER OF CONDITIONAL DISMISSAL WITHOUT PREJUDICE**                    1